428 A.2d 976

**ESTATE of Edith D. MEREDITH, a/k/a Edith Mae Meredith, Edith Mae Detwiler Meredith, and Edith Detwiler Meredith, Deceased.**

**Appeal of Shirley D. SNYDER, Exceptant.**

Supreme Court of Pennsylvania.

Argued April 21, 1981.

Decided May 5, 1981.

John A. VanLuvanee, Douglastown, for appellant.

James R. Beam, Norristown, for Gary B. Detwiler.

Edward A. deCindis, Philadelphia, for Nancy D. Thomas.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

The decree of the Court of Common Pleas of Philadelphia is affirmed.  Each party pay own costs.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.